# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DILYANA PETROVA, | |
| Plaintiff, | 2:15-cv-00795-JAD-VCF |
| vs. | **ORDER** |
| RICHLAND HOLDINGS, INC., | |
| Defendant. | |

Before the court is Plaintiff's Motion to Compel Discovery Responses from Defendant (#23).

IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion to Compel Discovery Responses from Defendant (#23) is scheduled for 1:00 p.m., February 4, 2016, in courtroom 3D.

DATED this 14th day of January, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE