# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DILYANA PETROVOA, | |
| Plaintiff, | 2:15-cv-00795-JAD-VCF |
| vs. | **ORDER** |
| RICHLAND HOLDINGS, INC. dba ACCTCORP OF SOUTHER NEVADA, a Nevada Corporation, | |
| Defendants. | |

Before the court is the Motion to Appear Telephonically (#33).

IT IS HEREBY ORDERED that Plaintiff's counsel's Motion to Appear Telephonically (#33) is GRANTED.

Kerene Gesund, Esq. may appear telephonically for the hearing scheduled February 4, 2016 at 1:00 p.m. She is instructed to call telephone number: (888) 273-3658, access code: 3912597, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 1st day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE