UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

DILYANA PETROVA,

    Plaintiff,

vs.

RICHLAND HOLDINGS, INC. dba ACCTCORP OF SOUTHERN NEVADA, a Nevada Corporation,

    Defendants.

2:15-cv-00795-JAD-VCF

**ORDER**

[Plaintiff's Request for An Exception to Attend Settlement Conference (ECF No. 53)]

The Court has reviewed Plaintiff's request for an exception to attend settlement conference (ECF No. 53) and Notice of Non Opposition to Defendant's Motion for Summary Judgment (ECF NO. 54). Given that Plaintiff does not oppose Defendant's motion for summary judgment on Plaintiff's sole remaining cause of action and it would seem that Plaintiff is no longer pursuing this case,

IT IS HEREBY ORDERED that the settlement conference scheduled for December 19, 2016 is VACATED.

IT IS FURTHER ORDERED that Plaintiff's request for an exception to attend settlement conference (ECF No. 53) is DENIED as moot.

DATED this 16th day of November, 2016.

                                                  _____

                                                  CAM FERENBACH
                                                  UNITED STATES MAGISTRATE JUDGE